```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| DAVID BETOF | : |
|  | : |
| v. | : Civil Action No. DKC 11-1452 |
|  | : |
| SUBURBAN HOSPITAL, INC., et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of June, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss or, alternatively, for summary judgment filed by Defendants Suburban Hospital, Inc., and Johns Hopkins Health System Corporation (ECF No. 21) BE, and the same hereby IS, GRANTED in part and DENIED in part;

2. All claims against Defendant John Hopkins Health System Corporation BE, and the same hereby ARE, DISMISSED;

3. Judgment BE, and the same hereby IS, entered in favor of Defendant Suburban Hospital, Inc., and against Plaintiff David Betof on count I;

4. The gender discrimination claim filed pursuant to 42 U.S.C. § 1981 BE, and the same hereby IS, DISMISSED;

5. The request for discovery pursuant to Rule 56(d) filed by Plaintiff David Betof (ECF No. 22-2) BE, and the same hereby IS, DENIED with regard to count I;

5. The request for discovery pursuant to Rule 56(d) filed by Plaintiff David Betof (ECF No. 22-2) BE, and the same hereby IS, DENIED AS MOOT with regard to counts II and III; and,

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                  /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge